# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-3470

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Nebraska. |
| Jose Otero Figueroa, also known as | * | |
| Robert Figueroa, also known as | * | [UNPUBLISHED] |
| Marcos Alvarado Mendoza, also | * | |
| known as Pelonches, also known as | * | |
| Pelon, also known as Adam Morales, | * | |
| | * | |
| Appellant. | * | |

_____

Submitted: April 7, 2003
Filed: September 12, 2003

_____

Before MELLOY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Jose Otero Figueroa challenges the sentence the district court[1] imposed after he pleaded guilty to conspiracy to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. At sentencing, over Figueroa's objection, the district

_____

[1]The Honorable Richard G. Kopf, Chief Judge, United States District Court for the District of Nebraska.

court increased his offense level by 2 levels under U.S.S.G. § 2D1.1(b)(1) for possessing a firearm during the conspiracy, and sentenced him to 292 months imprisonment and 5 years supervised release. On appeal, Figueroa challenges the 2-level enhancement.

After carefully reviewing the evidence presented by the government at sentencing, we conclude the district court did not clearly err in finding the government had shown by a preponderance of the evidence that Figueroa possessed a firearm during the charged conspiracy and that the it was not clearly improbable the firearm was connected to the conspiracy. See United States v. Harris, 310 F.3d 1105, 1112 (8th Cir. 2002) (standard of review), cert. denied, 123 S. Ct. 2121 (2003). Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.